STATE OF CONNECTICUT *v.* JAMES R. DAVIS
(10631)

LAVERY, LANDAU and SCHALLER, Js.

Argued September 27—decision released October 19, 1993

*William R. Schipul,* assistant public defender, with whom, on the brief, was *William Holden,* public defender, for the appellant (defendant).

*Lawrence J. Tytla,* assistant state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.

K. W. DOLMAR BROADCASTING COMPANY ET AL.
*v.* PAUL MATAR
(11670)

FOTI, HEIMAN and SCHALLER, Js.

Argued September 29—decision released October 19, 1993

*Paul Matar,* pro se, the appellant (defendant).
*Joseph P. Secola,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.